[No. 3462–2.   Division Two.   June 4, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD W. EDWARDS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–3508, James I. Maddock, J., entered April 17, 1978. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Reed and Soule, JJ.

[No. 3275–2.   Division Two.   June 4, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD CYGANOWSKI, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 4127, Tyler C. Moffett, J., entered November 9, 1977. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 2834–3.   Division Three.   June 5, 1979.]

FRED CARPENTER, *Appellant,* v. ATLANTIC RICHFIELD HANFORD COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 30869, Fred R. Staples, J., entered March 23, 1978. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Roe, JJ.

[No. 2613–3.   Division Three.   June 5, 1979.]

THE CITY OF SPOKANE, ET AL, *Respondents,* v. EDWARD M. TESDAHL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 234933, John J. Lally, J., entered September 29, 1977. *Affirmed as modified* by unpublished per curiam opinion.